# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID BOSSELMAN, | |
| | 2: 11-cv - 01504-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| FUNDAMENTAL LTC HOLDINGS, *et al.*, | |
| Defendant. | |

Before the Court is Defendant THI of Nevada at Las Vegas I, LLC's Request to Schedule Early Neutral Evaluation Session (dkt. 11). On March 13, 2012, the Order Scheduling Early Neutral Evaluation Hearing (dkt. 16) was entered.

IT IS HEREBY ORDERED that Defendant THI of Nevada at Las Vegas I, LLC's Request to Schedule Early Neutral Evaluation Session (dkt. 11) is hereby denied as MOOT.

DATED this 6th day of April, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE