BRUCE C. YOUNG, ESQ., Bar #5560
AARON SHUMWAY, ESQ., Bar #10759
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant THI
of Nevada at Las Vegas I, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BOSSELMAN,<br><br>         Plaintiff,<br><br>vs.<br><br>THI OF NEVADA AT LAS VEGAS I, LLC, etc., et al.,<br><br>         Defendant. | Case No. 2:11-cv-01504-GMN-VCF<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION SESSION**<br><br>ENE DATE:  May 7, 2012<br>ENE Time:  1:30 p.m.<br><br>**MAGISTRATE JUDGE McQUAID** |

Defendant THI of Nevada at Las Vegas I, LLC d/b/a Harmon Medical and Rehabilitation Center ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby submits this request to excuse Defendant's insurance representative from participation at the Early Neutral Evaluation ("ENE") session, or in the alternative, to allow Defendant's insurance representative to be available telephonically.

Pursuant to the Order Rescheduling Early Neutral Evaluation Hearing (**Dkt. #19**), this case has been referred to the Honorable Robert A. McQuaid, Jr., to conduct an Early Neutral Evaluation ("ENE") hearing in Las Vegas, Nevada on May 7, 2012, at 1:30 p.m.  The rescheduling order requires the presence of an insurance representative with binding authority to settle this matter up to the full amount of the Plaintiff's claim.  However, in this case, Defendant files the instant request to excuse its insurance representative from attendance at the ENE session because Defendant has a Three Hundred Thousand Dollar ($300,000.00) self-insured retention.  In light of the probable value

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

of the claim and the lack of any settlement demand by Plaintiff to date, Defendant does not believe there is any reasonable good faith possibility that the indemnity provision of the applicable insurance policy will be triggered. Accordingly, Defendant believes that it would be more efficient and economical to excuse the insurance representative from attendance at the ENE session. Alternatively, Defendant requests that its insurance representative be allowed to be available to participate in the ENE session telephonically, if needed.

Dated this 27th day of April, 2012.

LITTLER MENDELSON, P.C.

_____
BRUCE C. YOUNG, ESQ.
AARON SHUMWAY, ESQ

Attorneys for Defendant THI of Nevada at Las Vegas I, LLC


IT IS SO ORDERED.

.

.

.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MAY 4, 2012

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.